**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**
**CASE NO. 1:24-cv-00006-BJB-HBB**

| | | |
|---|---|---|
| THE HUB AT LOVERS LANE, LLC, et al ) | | |
| and HUB MULTIFAMILY, LLC, ) | | |
| PLAINTIFFS, ) | | |
| ) | Removed from Warren Co. Circuit Court | |
| v. ) | Civil Action No. 23-CI-01654 | |
| ) | | |
| THE CINCINNATI INSURANCE ) | | |
| COMPANY, ) | | |
| ) | | |
| DEFENDANT. ) | | |

**JOINT STATUS REPORT**

Now jointly come the parties, Plaintiffs, the Hub at Lovers Lane, LLC and HUB Multifamily, LLC, (collectively "HUB"), and Defendant, the Cincinnati Insurance Company, and by and through their undersigned counsel, jointly provide this status report to this Honorable Court.

The dispute over the amount of loss between the parties is currently pending in appraisal. An umpire has been selected, and the matter is currently being submitted to the umpire by the appraisers.

Accordingly, with the appraisal process on-going, the parties jointly request that another status report be due on or before August 4, 2025.

Respectfully submitted,

Plaintiffs,
The Hub at Lovers Lane LLC, and
HUB Multifamily LLC,
By their Attorney,

*/s/ Brendan L. Labbe w/permission*
Anthony J. Antonellis, Esq. – *pro hac vice*
Brendan L. Labbe, Esq. – *pro hac vice*
Sloane and Walsh, LLP
One Boston Place

1

201 Washington Street, Suite 1600
Boston, MA 02108
617-523-6010
Aantonellis@sloanewalsh.com
Blabbe@sloanewalsh.com

*Local Counsel:*

Darell R. Pierce, Esq.
908 State Street
P.O. Box 1134
Bowling Green, KY  42102-1134
Telephone: (270) 782-2500
Facsimile: (270) 782-2526

Defendant,
The Cincinnati Insurance Company,
By its attorney,

*/s/ Perry A. Adanick*
Hon. Carmen C. Sarge
Hon. Perry A. Adanick
Rolfes Henry Co., LPA
10200 Forest Green Blvd., Suite 602
Louisville, KY 40233
502-371-4000
502-371-4009 (fax)
CSarge@rolfeshenry.com
PAdanick@rolfeshenry.com

Date:   July 1, 2025

## CERTIFICATE OF SERVICE

I, Perry A. Adanick, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

*/s/ Perry A. Adanick*
Perry A. Adanick