22-24520

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# BOWLING GREEN DIVISION
# CASE NO. 1:24-cv-00006-BJB-HBB

### *ELECTRONICALLY FILED*

| | |
|---|---|
| THE HUB AT LOVERS LANE, LLC, et al. ) | |
| ) | |
|     PLAINTIFFS ) | |
| v. ) | Removed from Warren Co. Circuit Court |
| ) | Civil Action No. 23-CI-01654 |
| THE CINCINNATI INSURANCE ) | |
| COMPANY ) | |
| ) | |
|     DEFENDANT ) | |

## STIPULATION OF DISMISSAL

The Plaintiffs The Hub at Lovers Lane, LLC and Hub Multi Family LLC and Defendant The Cincinnati Insurance Company acknowledge satisfaction of the Appraisal Award entered in this matter and hereby stipulate as follows:

1) That all claims asserted or which could have been asserted in this action are dismissed with prejudice, and;

2) That each party shall bear its own costs, expenses and fees.

HAVE SEEN AND AGREED:

*/s/ Brendan L. Labbe*  w/permission
Brendan L. Labbe, Esq. – *pro hac vice*
Sloane and Walsh, LLP
One Boston Place
201 Washington Street, Suite 1600
Boston, MA 02108
Blabbe@sloanewalsh.com
*Counsel for Plaintiffs*

*/s/ Darell R. Pierce* w/permission
Darell R. Pierce, Esq.
908 State Street
P.O. Box 1134
Bowling Green, KY  42102-1134
drpierce@pierceandshadoan.com,
*Counsel for Plaintiffs*

*/s/ Perry A. Adanick*
Hon. Perry A. Adanick
Rolfes Henry Co., LPA
10200 Forest Green Blvd., Suite 602
Louisville, KY 40233
PAdanick@rolfeshenry.com
*Counsel for Defendant, The Cincinnati Insurance Company*